### DAVID JOHNSON ET AL. *v.* TOWN OF NORTH BRANFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 64 Conn. App. 643 (AC 19891), is denied.

*William S. Palmieri*, in support of the petition.

*Stephen J. Courtney*, in opposition.

Decided October 10, 2001

### CARISSA BONITO *v.* CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 487 (AC 20930), is denied.

*Jon D. Biller*, in support of the petition.

*Justin J. Donnelly*, in opposition.

Decided October 10, 2001

### WILLIAM P. GELINAS *v.* TOWN OF WEST HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 265 (AC 13774), is denied.

*Timothy J. Fitzgerald*, in support of the petition.

*Elizabeth Dee Bailey*, assistant corporation counsel, in opposition.

Decided October 10, 2001